Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Kreamor Jabar Henderson                              Docket No. 01-00026-001 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kreamor Jabar Henderson, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 2nd day of April 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost.
- The defendant shall refrain from any unlawful use of a controlled substance.
- The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

05-02-02:     Felon in Possession of Firearm; 40 months' imprisonment; 3 years' supervised release.
12-13-04:     Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that the supervised releasee violated the following conditions of supervised release:

**The defendant shall not commit another federal, state, or local crime.**

      A police criminal complaint filed by the Erie Police Department reflects that on or about October 6, 2005, Mr. Henderson was arrested for Possession of a Controlled Substance (crack cocaine) and Possess With Intent to Deliver a Controlled Substance (crack cocaine).

U.S.A. vs. Kreamor Jabar Henderson
Docket No. 01-00026-001 Erie
Page 2

**The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and completed written report within the first five days of the month.**

The offender missed the scheduled office appointments on July 21, 2005; August 29, 2005; September 27, 2005; October 28, 2005; and December 6, 2005. The offender also failed to submit written monthly reports from January to November 2005. He was reminded of this via letter on April 26, 2005, and during an office visit on August 26, 2005.

**The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**

**The defendant shall refrain from any unlawful use of a controlled substance.**

Mr. Henderson has submitted urine samples on January 25, 2005, March 1 and 15, 2005, and October 26, 2005, that tested positive for marijuana. A discharge summary and noncompliance reports from Gaudenzia, Incorporated, reflect that Mr. Henderson was terminated from that program for noncompliance/nonattendance on September 7, 2005, and November 2, 2005.

**The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

The defendant failed to obtain employment during his supervision.

**The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**

**The defendant shall notify the probation officer within 72 hours of being arrested or questioned by law enforcement.**

On June 3, 2005, this officer received a call from the Erie Police Department that Mr. Henderson was identified during a "sweep" of a street on Erie's east side. The offender was associating with other known felons in a house known for gambling and other criminal activity.

U.S.A. vs. Kreamor Jabar Henderson
Docket No. 01-00026-001 Erie
Page 3


PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the arrest of the supervised releasee for alleged violations of supervision and that he be detained pending a hearing to show cause why supervision should not be revoked.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , _____ and ordered filed and a part of the records in the above case. | Executed on    12-13-05 |
| _____ <br> U.S. District Judge | _____ <br> Matthew L. Rea <br> U.S. Probation Officer <br><br> _____ <br> Gerald R. Buban <br> Supervising U.S. Probation Officer <br><br> Place:   Erie, PA |