IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 01-26 Erie |
| ) | |
| KREAMOR JABAR HENDERSON ) | |

## MOTION TO CONTINUE REVOCATION HEARING

AND NOW, comes the defendant, KREAMOR JABAR HENDERSON, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully files this Motion to Continue Revocation Hearing, and in support thereof sets forth as follows:

1. Mr. Henderson is charged in a Petition on Supervised Release with failure to follow conditions of supervised release.

2. A revocation of supervised release hearing is currently scheduled for January 10, 2006 at 1:30 p.m.

3. Counsel was only recently appointed to represent Mr. Henderson at the revocation hearing and has not yet had an opportunity to meet with him concerning this matter.

4. Accordingly, Mr. Henderson respectfully requests that this Honorable Court continue the supervised release revocation hearing for at least ten (10) days.

WHEREFORE, the defendant, KREAMOR JABAR HENDERSON, respectfully requests that this Honorable Court continue his revocation hearing for ten (10) days.

    Respectfully submitted,

    /s/ Thomas W. Patton
    Thomas W. Patton
    Assistant Federal Public Defender
    Pa I.D. No. 88653