IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 01-26 Erie |
| ) | |
| KREAMOR JABAR HENDERSON ) | |

## ORDER OF COURT

    AND NOW, to-wit, this ____ day of January, 2006, upon consideration of the foregoing, Motion to Continue Revocation Hearing, it is hereby ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED: The supervised release revocation hearing in this case is reset for _____.

 

                                                            HONORABLE SEAN J. McLAUGHLIN
                                                            United States District Judge