IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 01-26 Erie |
| | ) |
| KREAMOR JABAR HENDERSON | ) |

### ORDER OF COURT

AND NOW, to-wit, this 9th day of January, 2006, upon consideration of the foregoing, Motion to Continue Revocation Hearing, it is hereby ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED: The supervised release revocation hearing in this case is reset for January 27, 2006 @ 2 p.m.

HONORABLE SEAN J. McLAUGHLIN
United States District Judge