IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| United States of America | ) | | |
|---|---|---|---|
| | ) | | |
| Plaintiff | ) | No. | CR 01-26 Erie |
| vs. | ) | | |
| Kreamor Jabar Henderson | ) | | |
| Defendant | ) | | |

HEARING ON  January 9, 2006 Initial appearance - Supervised Release

Before  U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq., AUSA          not represented

Appear for Plaintiff          Appear for Defendant

Hearing Begun 10:45 a.m.          Hearing Adjourned to

Hearing concluded C.A.V.          Stenographer Ron Bench
                                  CD          Index:

WITNESSES

For Plaintiff          For Defendant

Defendant requests appointment of counsel - request granted. Defendant advised of the contents of the petition to revoke supervised release. Defendant advised that a hearing is scheduled for January 10, 2006 at 1:30pm before Judge Sean J. McLaughlin. Prelim exam scheduled for 1/13/06 at ~~10:00 a.m.~~ 9:30 a.m.